**ORIGINAL**

# In The United States Court of Federal Claims

No. 14-44C

(Filed: March 24, 2015)

**FILED**

MAR 24 2015

U.S. COURT OF
FEDERAL CLAIMS

COREY LEA, *pro se*,

    Plaintiff,

v.

THE UNITED STATES,

    Defendant.

### ORDER

On March 23, 2015, plaintiff filed a notice of voluntary dismissal pursuant to RCFC 41(a)(2). This case is hereby **DISMISSED**. The Clerk is directed to dismiss the complaint, without prejudice.

**IT IS SO ORDERED.**

_____
Francis M. Allegra
Judge